U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DAVID POWELL
v.
GREENTREE

07CV6503
JUDGE MANNING
MAG. JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GREENTREE

FILED
JN
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) James D. Adducci | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/ Jim L. Adducci | |
| FIRM Adducci, Dorf, Lehner, Mitchell & Blankenship, P.C. | |
| STREET ADDRESS 150 N. Michigan Ave., Suite 2130 | |
| CITY/STATE/ZIP Chicago, Illinois, 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 00014834 | TELEPHONE NUMBER (312) 781-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |