## CORRECTED CERTIFICATE OF SERVICE

    The undersigned, one of the attorneys for defendant, certifies that on November 20, 2007, he caused a copy of the foregoing Notice of Motion and Defendant Green Tree Servicing LLC's Motion to Dismiss to be mailed, first-class postage prepaid, to:

> David Powell
> P.O. Box 5282
> Lansing, IL  60438

_____