

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
   CLERK

312-435-5670

November 27, 2007

Circuit Court of Cook County
Clerk of Circuit Court
Richard J. Daley Center
50 West Washington
Chicago, IL 60602

Re: Powell v. Greentree

USDC No:1:07cv6503

Circuit Court No: 07M65396

Dear Clerk:

A certified copy of an order entered on 11/26/2007 by the Honorable Judge Manning remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                          Sincerely yours,

                          Michael W. Dobbins, Clerk

                          By: s/ G. Jones
                              Deputy Clerk

Enclosure(s)